**Order filed November 2, 2017**



# In The

# Eleventh Court of Appeals

—————————

## No. 11-17-00200-CV

—————————

## IN THE INTEREST OF L.R.R., A CHILD

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. FM 60,640**

### O R D E R

This parental termination appeal has become unduly stalled due to the failure of Trina Talbott Finnell, the court reporter for the Midland County Court at Law, to prepare and file in this court the supplemental reporter's record.[1]  The reporter's record from the trial on the merits was timely filed by court reporter Cathy Cummins. However, Finnell was the court reporter at a subsequent hearing regarding the parents' entitlement to a de novo jury trial.  According to the parents' attorneys, at the end of the September 27, 2017 hearing, they requested that Finnell prepare the

---

[1]This appeal is accelerated, and so far as reasonably possible, this court must ensure that the appeal is brought to final disposition within 180 days of the date the notice of appeal was filed.  *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a).

reporter's record. Finnell refused to prepare the record from that hearing until she is paid for doing so. The father's attorney explained to Finnell that the trial court determined the parents to be indigent and that, therefore, the parents are entitled to have the record prepared at no cost to them.

The parents' attorneys are correct. Because the parents are indigent, they "cannot be required to pay costs," including "fees charged by the clerk or court reporter for preparation of the appellate record." TEX. R. CIV. P. 145(a), (c); *see also* TEX. R. APP. P. 35.3(b).

By this order, **Trina Talbott Finnell is ORDERED to file the supplemental reporter's record in this cause on or before 5:00 p.m. on Monday, November 13, 2017**. Furthermore, because this is an appeal in a parental termination case, the trial court shall direct Finnell "to immediately commence the preparation of the reporter's record" or "arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1).

PER CURIAM

November 2, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.